UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARCOS TREVINO, | ) | CASE NO. CV 18-3191-RSWL (PJW) |
| Petitioner, | ) ) | ORDER DISMISSING SECOND OR SUCCESSIVE HABEAS CORPUS PETITION |
| v. | ) ) | AND DENYING CERTIFICATE OF APPEALABILITY |
| WARDEN SCOTT FRAUENHEIM, | ) ) | |
| Respondent. | ) ) | |

Before the Court is Petitioner's second attempt to challenge his 1997 state conviction and sentence. His first petition was denied with prejudice in May 2003 on the ground that it raised only state-law claims. (*Trevino v. Knowles*, CV 02-6112-RSWL (PJW), May 14, 2003 Order.) Petitioner did not appeal from that decision.

Absent authorization from the Ninth Circuit, Petitioner may not bring another habeas petition challenging his 1982 conviction and sentence. *See* 28 U.S.C. § 2244; *see also Burton v. Stewart*, 549 U.S. 147, 157 (2007) (holding district court lacks jurisdiction to consider the merits of a second or successive petition absent prior authorization from the circuit court). For this reason, the Petition is dismissed.

The Court further finds that Petitioner has not made a substantial showing of the denial of a constitutional right or that the court erred in its procedural ruling and, therefore, a certificate of appealability will not issue in this action. *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

IT IS SO ORDERED.

DATED: April 25, 2018      s/ RONALD S.W. LEW
                           HON. RONALD S.W. LEW
                           UNITED STATES DISTRICT JUDGE

Presented by:

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\Ord dismissing Pet.wpd