JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MARCOS TREVINO, | CASE NO. CV 18-3191-RSWL (PJW) |
|---|---|
| Petitioner, | |
| v. | JUDGMENT |
| WARDEN SCOTT FRAUENHEIM, | |
| Respondent. | |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: April 25, 2018    s/ RONALD S.W. LEW
HON. RONALD S.W. LEW
UNITED STATES DISTRICT JUDGE